FILED

01/07/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0147

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

ALEXANDER GARRETT LAFORGE III,

      Defendant and Appellant.

## ORDER

      Upon consideration of Appellee's motion for a 60-day extension of time, and good cause appearing therefore,

      IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including March 17, 2025, within which to prepare, file, and serve its response brief.

KFS

Electronically signed by:
Cory Swanson
Chief Justice, Montana Supreme Court
January 7 2025